```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 38118
   FRANCES T GOMILLION
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0147


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/16/2005 and was confirmed 12/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 06/25/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
NATIONAL CAPITAL MGMT LL SECURED             4865.00        531.26       1369.15
NATIONAL CAPITAL MGMT LL UNSECURED           9249.09           .00           .00
HOMEWOOD SHORES CONDO AS SECURED             2521.20           .00        821.82
SAXON MORTGAGE           CURRENT MORTG         .00             .00           .00
SAXON MORTGAGE           MORTGAGE ARRE    11386.33             .00       3711.54
AMERICAN GENERAL FINANCE UNSECURED           2848.50           .00           .00
CITY OF CHICAGO PARKING  UNSECURED           1330.00           .00           .00
CITIBANK                 UNSECURED         NOT FILED           .00           .00
COOK COUNTY STATES ATTY  UNSECURED         NOT FILED           .00           .00
WELLS FARGO BANK NA      UNSECURED           7956.39           .00           .00
ML MEDICAL BILLING       UNSECURED         NOT FILED           .00           .00
RMI/MCSI                 UNSECURED           1210.00           .00           .00
NORTH PARK UNIVERSITY    UNSECURED         NOT FILED           .00           .00
NORTHWESTERN MEMORIAL HO FILED LATE           349.00           .00           .00
NORTHWESTERN MEMORIAL HO FILED LATE          1321.20           .00           .00
ISAC                     UNSECURED          18931.55           .00           .00
SOUMA DIAGNOSTICS LTD    UNSECURED         NOT FILED           .00           .00
US DEPT OF EDUCATION     UNSECURED           7329.99           .00           .00
WAL MART STORES INC      UNSECURED         NOT FILED           .00           .00
RX ACQUISITIONS LLC      UNSECURED            375.52           .00           .00
SALLIE MAE INC           UNSECURED           1312.47           .00           .00
ISAC                     UNSECURED           3349.82           .00           .00
LEGAL RESCUES            DEBTOR ATTY       2,294.00                      2,294.00
TOM VAUGHN               TRUSTEE                                           485.44
DEBTOR REFUND            REFUND                                            334.23

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               9,547.44


             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 38118 FRANCES T GOMILLION
```

```
PRIORITY                                                             .00
SECURED                                                         5,902.51
    INTEREST                                                      531.26
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,294.00
TRUSTEE COMPENSATION                                              485.44
DEBTOR REFUND                                                     334.23
                                      ---------------    ---------------
TOTALS                                       9,547.44           9,547.44
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 12/13/07                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE